Dated: January 22, 2019

**The following is ORDERED:**



Sarah A Hall
United States Bankruptcy Judge

___

UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

IN RE:   PAULINE RODRIQUEZ
         AKA PAULA RODRIQUEZ

                                    Bk. Case No. 18-14486 SAH
         Debtor.                    CHAPTER 7

### ORDER FOR RELIEF FROM THE AUTOMATIC STAY AND ABANDONMENT OF PROPERTY

This matter comes before this Court upon Motion by Nationstar Mortgage LLC d/b/a Mr. Cooper, ("Movant"), for relief from the automatic stay and abandonment of property as set forth in its Motion.

Upon representation of counsel, the Motion was filed on December 27, 2018, and served on all parties in interest pursuant to Local Bankruptcy Rule 9007, and the last date for filing objection was January 10, 2019, which has passed with no objection thereto being served and filed. Therefore, the Motion should be granted. All findings of fact and conclusions of law are based upon representation of counsel.

IT IS THEREFORE ORDERED that relief from the automatic stay imposed under § 362 of the Bankruptcy Code is granted, and upon this order becoming final, Movant may implement and enforce this order granting relief from the automatic stay and the following described property is hereby deemed abandoned from the bankruptcy estate:

LOT 7 AND THE EAST 10 FEET OF LOT 8, BLOCK 2, WASHINGTON HEIGHTS ADDITION TO THE CITY OF CLINTON, CUSTER COUNTY, OKLAHOMA, ACCORDING TO THE RECORDED PLAT THEREOF.

PROPERTY ADDRESS: 1405 Littell Avenue, Clinton, OK 73601

### -

APPROVED FOR ENTRY:

SHAPIRO & CEJDA, LLC


BY:   s/Kirk J. Cejda
Kirk J. Cejda #12241
770 NE 63rd St
Oklahoma City, OK 73105-6431
(405)848-1819
Attorney for Nationstar Mortgage LLC d/b/a Mr. Cooper
(405)848-2009 (Facsimile No.)
okecfwestern@logs.com

File No. 18-134139